AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Williams Wolin

Plaintiff (s),

V.

Wells Fargo Bank, National Association

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:12-cv-04509-EDL

Notice is hereby given that, subject to approval by the court, __Plaintiff William Wolin__ substitutes
(Party (s) Name)

__Mark Yablonovich__, State Bar No. __186670__ as counsel of record in
(Name of New Attorney)

place of __Initiative Legal Group (Melissa Grant, Valerie Kincaid, Suzy E. Lee)__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Law Offices of Mark Yablonovich |
| Address: | 1875 Century Park E Ste 700, Los Angeles, CA 90067 |
| Telephone: | (310) 286-0246    Facsimile (310) 496-2477 |
| E-Mail (Optional): | mark@yablonovichlaw.com |

I consent to the above substitution.

Date:  9-19-12

_(Signature of Party (s))_

I consent to being substituted.

Date:  9/25/2012

_(Signature of Former Attorney (s))_

I consent to the above substitution.

Date:  9/25/2012

_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date:  September 26, 2012

_Elijah D. Laporte_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]