1   Counsel listed on following page.

2

3

4

5

6

7

8

9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12

                                                        MMC
13                                          CASE NO.  CV 12 4509 ~~EDL~~
    WILLIAM WOLIN, individually, and on
14  behalf of other members of the general
    public similarly situated, and as aggrieved **STIPULATION AND [PROPOSED]**
15  employees pursuant to the Private         **ORDER TO CONTINUE INITIAL CASE**
    Attorneys General Act ("PAGA"),           **MANAGEMENT CONFERENCE AND**
                                              **CORRESPONDING DEADLINES**
16
                        Plaintiff,
17
    v.
18
    WELLS FARGO BANK, NATIONAL
19  ASSOCIATION, a national association;
    WELLS FARGO & COMPANY, a
20  Delaware corporation; and DOES 1
    through 10, inclusive,
21
                        Defendants.
22

23

24

25

26

27

28

1    MALCOLM A. HEINICKE (SBN 194174)
     Malcolm.Heinicke@mto.com
2    MARI OVERBECK (SBN 261707)
     Mari.Overbeck@mto.com
3    MUNGER, TOLLES & OLSON LLP
     560 Mission Street
4    Twenty-Seventh Floor
     San Francisco, CA  94105-2907
5    Telephone:      (415) 512-4000
     Facsimile:      (415) 512-4077
6
     TERRY E. SANCHEZ (SBN 101318)
7    Terry.Sanchez@mto.com
     MUNGER, TOLLES & OLSON LLP
8    355 South Grand Avenue
     Thirty-Fifth Floor
9    Los Angeles, CA 90071-1560
     Telephone:      (213) 683-9100
10   Facsimile:      (213) 687-3702

11   Attorneys for Defendants
     WELLS FARGO BANK, NATIONAL
12   ASSOCIATION; WELLS FARGO & COMPANY

13   MARK YABLONOVICH (SBN 186670)
     mark@yablonovichlaw.com
14   NEDA ROSHANIAN (SBN 225337)
     neda@yablonovichlaw.com
15   LAW OFFICES OF MARK YABLONOVICH
     1875 Century Park East, Suite 700
16   Los Angeles, CA 90067-2508
     Telephone:      (310) 286-0246
17   Facsimile:      (310) 407-5391

18   Attorneys for Plaintiff
     WILLIAM WOLIN

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE;
CASE NO. 12 4509

1    Subject to the approval of the Court, the parties, by and through their undersigned

2    counsel, hereby submit this Stipulation and [Proposed] Order to Continue Initial Case

3    Management Conference and Corresponding Deadlines.

4    **<u>STIPULATION</u>**

5    **WHEREAS**, the Initial Case Management Conference in this action is currently

6    set for November 30, 2012 at 10:00 a.m., with the deadline for filing a Case Management Report

7    set for November 23, 2012;

8    **WHEREAS**, soon after this action was first filed and while the matter was still

9    assigned to United States Magistrate Judge Elizabeth Laporte (and before this matter was

10   assigned to this Court), Defendants informed Plaintiff of their position that the case had been filed

11   in the wrong district and requested that Plaintiff stipulate to a transfer of the matter;

12   **WHEREAS**, the parties in this action are in ongoing discussions to determine

13   whether Plaintiff will stipulate to transfer this action to the United States District Court for the

14   Central District of California, and Plaintiff has requested certain information, and the parties

15   require additional time to complete these discussions;

16   **WHEREAS**, the parties' request to extend the date of the Initial Case

17   Management and its corresponding deadlines will make the best use of party and judicial

18   resources;

19   **WHEREAS**, the parties have not previously sought to modify or extend any

20   deadlines in this action, and the requested modification will have no effect on any other scheduled

21   dates.

22   **NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by and

23   between the undersigned counsel for all parties that, subject to the approval of the Court, the Case

24   Management Conference currently scheduled in this matter for November 30, 2012 shall be taken

25   off calendar and continued to December 14, 2012 at 10:30 a.m., or such other date and time

26   thereafter as the Court shall order, and all corresponding deadlines shall be continued in

27   accordance with Civil Local Rule 16-9.

28

STIPULATION TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE;
CASE NO. 12 4509

1    **IT IS SO STIPULATED.**

2    DATED: November 19, 2012                    Munger, Tolles & Olson LLP

3

4                                               By: /s/ *Malcolm A. Heinicke*
                                                    ───────────────────────────
5                                                   Malcolm A. Heinicke
                                                    Attorneys for Defendants
6                                                   WELLS FARGO BANK, NATIONAL
                                                    ASSOCIATION; WELLS FARGO &
7                                                   COMPANY

8    DATED: November 19, 2012                    Law Offices of Mark Yablonovich

9

10                                              By: /s/ *Mark Yablonovich*
                                                    ───────────────────────────
11                                                  Mark Yablonovich
                                                    Attorneys for Plaintiff
12                                                  WILLIAM WOLIN

13

14                           Filer's Attestation

15          I, Malcolm A. Heinicke, am the ECF user whose identification and password are

16   being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL

17   CASE MANAGEMENT CONFERENCE AND CORRESPONDING DEADLINES.  In

18   compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Mark Yablonovich concurs in this

19   filing.

20

21

22

23

24

25

26

27

28

                                            - 4 -

1

[PROPOSED] ORDER

2          Having read the considered the Stipulation filed by the parties, and good cause appearing

3    therefore, **IT IS HEREBY ORDERED** that the parties' Case Management Conference is

4    continued to December 14 , 2012 at 10:30 a.m., and all corresponding dates are hereby continued

5    in accordance with Civil Local Rule 16-9(a).

6

7          **IT IS SO ORDERED.**

8

9    DATED: _____November 20_, 2012

10                                                     Hon. Maxine M. Chesney
                                                     United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28