1 | Counsel listed on following page.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WOLIN, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, a national association; WELLS FARGO & COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | MMC<br>CASE NO.  CV 12 4509 ~~EDL~~<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND CORRESPONDING DEADLINES** |

1  MALCOLM A. HEINICKE (SBN 194174)
   Malcolm.Heinicke@mto.com
2  MARI OVERBECK (SBN 261707)
   Mari.Overbeck@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
4  Twenty-Seventh Floor
   San Francisco, CA  94105-2907
5  Telephone:     (415) 512-4000
   Facsimile:      (415) 512-4077
6
   TERRY E. SANCHEZ (SBN 101318)
7  Terry.Sanchez@mto.com
   MUNGER, TOLLES & OLSON LLP
8  355 South Grand Avenue
   Thirty-Fifth Floor
9  Los Angeles, CA 90071-1560
   Telephone:     (213) 683-9100
10 Facsimile:      (213) 687-3702

11 Attorneys for Defendants
   WELLS FARGO BANK, NATIONAL
12 ASSOCIATION; WELLS FARGO & COMPANY

13 MARK YABLONOVICH (SBN 186670)
   mark@yablonovichlaw.com
14 NEDA ROSHANIAN (SBN 225337)
   neda@yablonovichlaw.com
15 LAW OFFICES OF MARK YABLONOVICH
   1875 Century Park East, Suite 700
16 Los Angeles, CA 90067-2508
   Telephone:     (310) 286-0246
17 Facsimile:      (310) 407-5391

18 Attorneys for Plaintiff
   WILLIAM WOLIN
19
20
21
22
23
24
25
26
27
28

1    Subject to the approval of the Court, the parties, by and through their undersigned
2    counsel, hereby submit this Stipulation and [Proposed] Order to Continue Initial Case
3    Management Conference and Corresponding Deadlines.

4    **STIPULATION**

5    **WHEREAS**, the Initial Case Management Conference in this action is currently
6    set for November 30, 2012 at 10:00 a.m., with the deadline for filing a Case Management Report
7    set for November 23, 2012;

8    **WHEREAS**, soon after this action was first filed and while the matter was still
9    assigned to United States Magistrate Judge Elizabeth Laporte (and before this matter was
10   assigned to this Court), Defendants informed Plaintiff of their position that the case had been filed
11   in the wrong district and requested that Plaintiff stipulate to a transfer of the matter;

12   **WHEREAS**, the parties in this action are in ongoing discussions to determine
13   whether Plaintiff will stipulate to transfer this action to the United States District Court for the
14   Central District of California, and Plaintiff has requested certain information, and the parties
15   require additional time to complete these discussions;

16   **WHEREAS**, the parties' request to extend the date of the Initial Case
17   Management and its corresponding deadlines will make the best use of party and judicial
18   resources;

19   **WHEREAS**, the parties have not previously sought to modify or extend any
20   deadlines in this action, and the requested modification will have no effect on any other scheduled
21   dates.

22   **NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by and
23   between the undersigned counsel for all parties that, subject to the approval of the Court, the Case
24   Management Conference currently scheduled in this matter for November 30, 2012 shall be taken
25   off calendar and continued to December 14, 2012 at 10:30 a.m., or such other date and time
26   thereafter as the Court shall order, and all corresponding deadlines shall be continued in
27   accordance with Civil Local Rule 16-9.
28

- 3 -    STIPULATION TO CONTINUE INITIAL
         CASE MANAGEMENT CONFERENCE;
         CASE NO. 12 4509

**IT IS SO STIPULATED.**

DATED: November 19, 2012                    Munger, Tolles & Olson LLP


                                            By: /s/ *Malcolm A. Heinicke*
                                                Malcolm A. Heinicke
                                                Attorneys for Defendants
                                                WELLS FARGO BANK, NATIONAL
                                                ASSOCIATION; WELLS FARGO &
                                                COMPANY


DATED: November 19, 2012                    Law Offices of Mark Yablonovich


                                            By: /s/ *Mark Yablonovich*
                                                Mark Yablonovich
                                                Attorneys for Plaintiff
                                                WILLIAM WOLIN


<u>Filer's Attestation</u>

I, Malcolm A. Heinicke, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND CORRESPONDING DEADLINES. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Mark Yablonovich concurs in this filing.

1

**[PROPOSED] ORDER**

2      Having read the considered the Stipulation filed by the parties, and good cause appearing

3   therefore, **IT IS HEREBY ORDERED** that the parties' Case Management Conference is

4   continued to December 14 , 2012 at 10:30 a.m., and all corresponding dates are hereby continued

5   in accordance with Civil Local Rule 16-9(a).

6

7      **IT IS SO ORDERED.**

8

9   DATED: _____November 20_, 2012         _____
                                              Hon. Maxine M. Chesney
10                                            United States District Court Judge