1 | Counsel listed on following page.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WOLIN, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, a national association; WELLS FARGO & COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO.  CV 12 4509 ~~EDL~~ MMC<br><br>**SUPPLEMENTAL STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND CORRESPONDING DEADLINES** |

1 | MALCOLM A. HEINICKE (SBN 194174)
Malcolm.Heinicke@mto.com
2 | MARI OVERBECK (SBN 261707)
Mari.Overbeck@mto.com
3 | MUNGER, TOLLES & OLSON LLP
560 Mission Street
4 | Twenty-Seventh Floor
San Francisco, CA  94105-2907
5 | Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077
6 |
7 | TERRY E. SANCHEZ (SBN 101318)
Terry.Sanchez@mto.com
MUNGER, TOLLES & OLSON LLP
8 | 355 South Grand Avenue
Thirty-Fifth Floor
9 | Los Angeles, CA 90071-1560
Telephone:     (213) 683-9100
10 | Facsimile:      (213) 687-3702

11 | Attorneys for Defendants
WELLS FARGO BANK, NATIONAL
12 | ASSOCIATION; WELLS FARGO & COMPANY

13 | MARK YABLONOVICH (SBN 186670)
mark@yablonovichlaw.com
14 | NEDA ROSHANIAN (SBN 225337)
neda@yablonovichlaw.com
15 | LAW OFFICES OF MARK YABLONOVICH
1875 Century Park East, Suite 700
16 | Los Angeles, CA 90067-2508
Telephone:     (310) 286-0246
17 | Facsimile:      (310) 407-5391

18 | Attorneys for Plaintiff
WILLIAM WOLIN

- 2 -

SUPPLEMENTAL STIPULATION TO
CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE; CASE NO. 12 4509

1    Subject to the approval of the Court, the parties, by and through their undersigned
2    counsel, hereby submit this Stipulation and [Proposed] Order to Continue Initial Case
3    Management Conference and Corresponding Deadlines.

4                              **STIPULATION**

5    **WHEREAS**, the Initial Case Management Conference in this action is currently
6    set for December 14, 2012 at 10:00 a.m., with the deadline for filing a Case Management Report
7    set for December 7, 2012;

8    **WHEREAS**, the Court granted the parties' previous request to extend the Initial
9    Case Management Conference in this action from November 30, 2012 to December 14, 2012 to
10   provide the parties with additional time to discuss whether Plaintiff will stipulate to transfer this
11   action to the United States District Court for the Central District of California;

12   **WHEREAS**, Plaintiff has requested certain information, and the parties require
13   additional time to complete these discussions;

14   **WHEREAS**, the parties' request to extend the date of the Initial Case
15   Management and its corresponding deadlines will make the best use of party and judicial
16   resources by hopefully avoiding the need for motion practice, and the requested modification will
17   have no effect on any other scheduled dates;

18   **NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by and
19   between the undersigned counsel for all parties that, subject to the approval of the Court, the Case
20   Management Conference currently scheduled in this matter for December 14, 2012 shall be taken
21   off calendar and continued to January 11, 2013 at 10:30 a.m., or such other date and time
22   thereafter as the Court shall order, and all corresponding deadlines shall be continued in
23   accordance with Civil Local Rule 16-9.

24

25   **IT IS SO STIPULATED.**

26

27

28

DATED: November 30, 2012					Munger, Tolles & Olson LLP


							By: */s/ Mari Overbeck*
							    Mari Overbeck
							    Attorneys for Defendants
							    WELLS FARGO BANK, NATIONAL
							    ASSOCIATION; WELLS FARGO &
							    COMPANY


DATED: November 30, 2012					Law Offices of Mark Yablonovich


							By: */s/ Neda Roshanian*
							    Neda Roshanian
							    Attorneys for Plaintiff
							    WILLIAM WOLIN


<u>Filer's Attestation</u>

I, Malcolm A. Heinicke, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND CORRESPONDING DEADLINES. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Neda Roshanian concurs in this filing.

1 **[PROPOSED] ORDER**

2 Having read the considered the Stipulation filed by the parties, and good cause appearing
3 therefore, **IT IS HEREBY ORDERED** that the parties' Case Management Conference is
4 continued to January 18 , 2013 at 10:30 a.m., and all corresponding dates are hereby continued in
5 accordance with Civil Local Rule 16-9(a).

7 **IT IS SO ORDERED.**

9 DATED: __November 30__ , 2012

Hon. Maxine M. Chesney
United States District Court Judge

SUPPLEMENTAL STIPULATION TO
CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE; CASE NO. 12 4509