1  Counsel listed on following page.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WOLIN, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, a national association; WELLS FARGO & COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.  CV 12 4509-~~EDL~~ MMC<br><br>**SUPPLEMENTAL STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND CORRESPONDING DEADLINES** |

1  MALCOLM A. HEINICKE (SBN 194174)
   Malcolm.Heinicke@mto.com
2  MARI OVERBECK (SBN 261707)
   Mari.Overbeck@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
4  Twenty-Seventh Floor
   San Francisco, CA  94105-2907
5  Telephone:     (415) 512-4000
   Facsimile:      (415) 512-4077
6
   TERRY E. SANCHEZ (SBN 101318)
7  Terry.Sanchez@mto.com
   MUNGER, TOLLES & OLSON LLP
8  355 South Grand Avenue
   Thirty-Fifth Floor
9  Los Angeles, CA 90071-1560
   Telephone:     (213) 683-9100
10 Facsimile:      (213) 687-3702

11 Attorneys for Defendants
   WELLS FARGO BANK, NATIONAL
12 ASSOCIATION; WELLS FARGO & COMPANY

13 MARK YABLONOVICH (SBN 186670)
   mark@yablonovichlaw.com
14 NEDA ROSHANIAN (SBN 225337)
   neda@yablonovichlaw.com
15 LAW OFFICES OF MARK YABLONOVICH
   1875 Century Park East, Suite 700
16 Los Angeles, CA 90067-2508
   Telephone:     (310) 286-0246
17 Facsimile:      (310) 407-5391

18 Attorneys for Plaintiff
   WILLIAM WOLIN

19
20
21
22
23
24
25
26
27
28

- 2 -  SUPPLEMENTAL STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; CASE NO. 12 4509

1  Subject to the approval of the Court, the parties, by and through their undersigned
2  counsel, hereby submit this Stipulation and [Proposed] Order to Continue Initial Case
3  Management Conference and Corresponding Deadlines.

**STIPULATION**

5  **WHEREAS**, the Initial Case Management Conference in this action is currently
6  set for December 14, 2012 at 10:00 a.m., with the deadline for filing a Case Management Report
7  set for December 7, 2012;

8  **WHEREAS**, the Court granted the parties' previous request to extend the Initial
9  Case Management Conference in this action from November 30, 2012 to December 14, 2012 to
10  provide the parties with additional time to discuss whether Plaintiff will stipulate to transfer this
11  action to the United States District Court for the Central District of California;

12  **WHEREAS**, Plaintiff has requested certain information, and the parties require
13  additional time to complete these discussions;

14  **WHEREAS**, the parties' request to extend the date of the Initial Case
15  Management and its corresponding deadlines will make the best use of party and judicial
16  resources by hopefully avoiding the need for motion practice, and the requested modification will
17  have no effect on any other scheduled dates;

18  **NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by and
19  between the undersigned counsel for all parties that, subject to the approval of the Court, the Case
20  Management Conference currently scheduled in this matter for December 14, 2012 shall be taken
21  off calendar and continued to January 11, 2013 at 10:30 a.m., or such other date and time
22  thereafter as the Court shall order, and all corresponding deadlines shall be continued in
23  accordance with Civil Local Rule 16-9.

25  **IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED:  November 30, 2012 | Munger, Tolles & Olson LLP |
| 2 | | |
| 3 | | By: */s/ Mari Overbeck* |
| 4 | | Mari Overbeck<br>Attorneys for Defendants |
| 5 | | WELLS FARGO BANK, NATIONAL<br>ASSOCIATION; WELLS FARGO &<br>COMPANY |
| 6 | | |
| 7 | DATED:  November 30, 2012 | Law Offices of Mark Yablonovich |
| 8 | | |
| 9 | | By: */s/ Neda Roshanian* |
| 10 | | Neda Roshanian<br>Attorneys for Plaintiff |
| 11 | | WILLIAM WOLIN |

Filer's Attestation

I, Malcolm A. Heinicke, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND CORRESPONDING DEADLINES.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Neda Roshanian concurs in this filing.

# [PROPOSED] ORDER

Having read the considered the Stipulation filed by the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the parties' Case Management Conference is continued to January 18, 2013 at 10:30 a.m., and all corresponding dates are hereby continued in accordance with Civil Local Rule 16-9(a).

**IT IS SO ORDERED.**

DATED: November 30, 2012

_____
Hon. Maxine M. Chesney
United States District Court Judge