1   Counsel listed on following page.

2

3

4

5

6

7

8

9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12

13   WILLIAM WOLIN, individually, and on        CASE NO.  CV 12 4509 MMC
     behalf of other members of the general
14   public similarly situated, and as aggrieved   **THIRD STIPULATION AND [PROPOSED]**
     employees pursuant to the Private            **ORDER TO CONTINUE INITIAL CASE**
15   Attorneys General Act ("PAGA"),             **MANAGEMENT CONFERENCE AND**
                                                 **CORRESPONDING DEADLINES**
16                        Plaintiff,

17   v.

18   WELLS FARGO BANK, NATIONAL
     ASSOCIATION, a national association;
19   WELLS FARGO & COMPANY, a
     Delaware corporation; and DOES 1
20   through 10, inclusive,

21                        Defendants.

22

23

24

25

26

27

28

1      MALCOLM A. HEINICKE (SBN 194174)
      Malcolm.Heinicke@mto.com
2      MARI OVERBECK (SBN 261707)
      Mari.Overbeck@mto.com
3      MUNGER, TOLLES & OLSON LLP
      560 Mission Street
4      Twenty-Seventh Floor
      San Francisco, CA  94105-2907
5      Telephone:     (415) 512-4000
      Facsimile:     (415) 512-4077
6

7      TERRY E. SANCHEZ (SBN 101318)
      Terry.Sanchez@mto.com
8      MUNGER, TOLLES & OLSON LLP
      355 South Grand Avenue
9      Thirty-Fifth Floor
      Los Angeles, CA 90071-1560
10     Telephone:     (213) 683-9100
      Facsimile:     (213) 687-3702

11     Attorneys for Defendants
      WELLS FARGO BANK, NATIONAL
12     ASSOCIATION; WELLS FARGO & COMPANY

13     MARK YABLONOVICH (SBN 186670)
      mark@yablonovichlaw.com
14     NEDA ROSHANIAN (SBN 225337)
      neda@yablonovichlaw.com
15     LAW OFFICES OF MARK YABLONOVICH
      1875 Century Park East, Suite 700
16     Los Angeles, CA 90067-2508
      Telephone:     (310) 286-0246
17     Facsimile:     (310) 407-5391

18     Attorneys for Plaintiff
      WILLIAM WOLIN

19

20

21

22

23

24

25

26

27

28

- 2 -

THIRD SUPPLEMENTAL STIPULATION
TO CONTINUE INITIAL CMC
CASE NO. 12 4509

1        Subject to the approval of the Court, the parties, by and through their undersigned

2    counsel, hereby submit this Second Stipulation and [Proposed] Order to Continue Initial Case

3    Management Conference and Corresponding Deadlines.

4                            **<u>STIPULATION</u>**

5        **WHEREAS**, the Initial Case Management Conference in this action is currently

6    set for January 18, 2013 at 10:30 a.m., with the deadline for filing a Case Management Report set

7    for January 11, 2013;

8        **WHEREAS**, the Court granted the parties' two previous requests to extend the

9    Initial Case Management Conference in this action in order to provide the parties with additional

10    time to discuss and decide whether Plaintiff will stipulate to transfer this action to the United

11    States District Court for the Central District of California;

12        **WHEREAS**, Defendants have provided Plaintiff with certain evidence to support

13    such a transfer, and Plaintiff requires additional time to review that evidence;

14        **WHEREAS**, the requested modification will have no effect on any other

15    scheduled dates;

16        **WHEREAS**, if Plaintiff refuses to stipulate to transfer, Defendants will move the

17    Court to transfer this action pursuant to 28 U.S.C. § 1404, and will notice their motion as per the

18    Court's regularly noticed civil law and motion calendar;

19        **WHEREAS**, if the parties reach a stipulation to transfer they will file that

20    stipulation with the Court on or before February 8, 2013;

21        **WHEREAS**, the parties agree that in light of the fact that the parties will either (a)

22    agree to stipulate to transfer this action or (b) seek the Court's resolution of this issue, the best

23    way to preserve both party and judicial resources is to reschedule the Initial Case Management

24    Conference in this action for April 12, 2013, to permit a stipulation to be reached or Defendants'

25    motion to be heard before holding the Initial Case Management Conference before this Court;

26        **NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by and

27    between the undersigned counsel for all parties that, subject to the approval of the Court, the

28    Initial Case Management Conference currently scheduled in this matter for January 18, 2013 shall

1   be taken off calendar and continued to April 12, 2013 at 10:30 a.m., or such other date and time

2   thereafter as the Court shall order, and all corresponding deadlines shall be continued in

3   accordance with Civil Local Rule 16-9, and that the parties shall file a stipulation to transfer this

4   action on or before February 8, 2013, or shall notify the Court at that time whether Defendants

5   will move the Court to transfer this action as per the Court's regularly noticed civil law and

6   motion calendar.

7

8                        **IT IS SO STIPULATED.**

9

10  DATED:  January 11, 2013                    Law Offices of Mark Yablonovich

11

12                                             By: */s/ Neda Roshanian*
                                                   Neda Roshanian
13                                                 Attorneys for Plaintiff
                                                   WILLIAM WOLIN
14

15  DATED:  January 11, 2013                    Munger, Tolles & Olson LLP

16

17                                             By: */s/ Mari Overbeck*
                                                   Mari Overbeck
18                                                 Attorneys for Defendants
                                                   WELLS FARGO BANK, NATIONAL
19                                                 ASSOCIATION; WELLS FARGO &
                                                   COMPANY
20

21                        Filer's Attestation

22          I, Malcolm A. Heinicke, am the ECF user whose identification and password are

23  being used to file this THIRD STIPULATION AND [PROPOSED] ORDER TO CONTINUE

24  INITIAL CASE MANAGEMENT CONFERENCE AND CORRESPONDING DEADLINES.  In

25  compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Neda Roshanian concurs in this

26  filing.

27

28

                                             THIRD SUPPLEMENTAL STIPULATION
                                             TO CONTINUE INITIAL CMC
                                             CASE NO. 12 4509

1

~~[PROPOSED]~~ ORDER

2          Having read the considered the Stipulation filed by the parties, and good cause appearing

3    therefore, **IT IS HEREBY ORDERED** that the parties' Initial Case Management Conference is

4    continued to April 12, 2013 at 10:30 a.m., and all corresponding dates are hereby continued in

5    accordance with Civil Local Rule 16-9(a).  The parties shall, on or before February 8, 2013, file a

6    stipulation to transfer this action to the U.S. District Court for the Central District of California, or

7    notify the Court that no agreement was reached and of Defendants' intention to file a motion to

8    transfer as per the Court's regularly noticed civil law and motion calendar.

9

10         **IT IS SO ORDERED.**

11

12    DATED: _____January 11_____, 2013

13                                                                      Hon. Maxine M. Chesney
                                                                        United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THIRD SUPPLEMENTAL STIPULATION
TO CONTINUE INITIAL CMC
CASE NO. 12 4509