1    MARK YABLONOVICH (SBN 186670)
     mark@yablonovichlaw.com
2    NEDA ROSHANIAN (SBN 225337)
     neda@yablonovichlaw.com
3    LAW OFFICES OF MARK YABLONOVICH
     1875 Century Park East, Suite 700
4    Los Angeles, CA 90067-2508
     Telephone:    (310) 286-0246
5    Facsimile:    (310) 407-5391

6    Attorneys for Plaintiff
     WILLIAM WOLIN
7
     MALCOLM A. HEINICKE (SBN 194174)
8    Malcolm.Heinicke@mto.com
     MARI OVERBECK (SBN 261707)
9    Mari.Overbeck@mto.com
     MUNGER, TOLLES & OLSON LLP
10   560 Mission Street
     Twenty-Seventh Floor
11   San Francisco, CA 94105-2907
     Telephone:    (415) 512-4000
12   Facsimile:    (415) 512-4077

13   Attorneys for Defendants

14   Additional Counsel on Next Page

15

16                    UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18

19   WILLIAM WOLIN, individually, and on        CASE NO. CV 12 4509 MMC
     behalf of other members of the general
20   public similarly situated, and as aggrieved  **STIPULATION AND [PROPOSED]**
     employees pursuant to the Private            **ORDER TO TRANSFER CASE TO THE**
21   Attorneys General Act ("PAGA"),             **UNITED STATES DISTRICT COURT FOR**
                                                  **THE CENTRAL DISTRICT OF**
22                  Plaintiff,                    **CALIFORNIA**

23   v.

24   WELLS FARGO BANK, NATIONAL
     ASSOCIATION, a national association;
25   WELLS FARGO & COMPANY, a
     Delaware corporation; and DOES 1
26   through 10, inclusive,

27                  Defendants.

28

                                                 STIPULATION TO TRANSFER CASE TO
                                                    CENTRAL DISTRICT OF CALIFORNIA
                                                            CASE NO. 12 4509

1     TERRY E. SANCHEZ (SBN 101318)
       Terry.Sanchez@mto.com
2     MUNGER, TOLLES & OLSON LLP
       355 South Grand Avenue
3     Thirty-Fifth Floor
       Los Angeles, CA 90071-1560
4     Telephone:     (213) 683-9100
       Facsimile:      (213) 687-3702
5

6     Attorneys for Defendants

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO TRANSFER CASE TO
CENTRAL DISTRICT OF CALIFORNIA
CASE NO. 12 4509

1    Subject to the approval of the Court, the parties, by and through their undersigned

2    counsel, hereby submit this Stipulation and [Proposed] Order to Transfer Case to the United

3    States District Court for the Central District of California.

4                                          **<u>STIPULATION</u>**

5    **WHEREAS**, Plaintiff William Wolin ("Plaintiff") has brought this putative class

6    action complaint against Defendants Wells Fargo Bank, N.A. ("WFB") and Wells Fargo & Co.

7    ("WFC") (collectively "Defendants") seeking to represent a putative national collective action

8    class of current and former loan underwriters and a putative California Rule 23 class of current

9    former loan underwriters;

10    **WHEREAS**, Defendants deny the material allegations asserted by Plaintiff and

11    deny that this case is proper for collective or class action treatment;

12    **WHEREAS**, Plaintiff was employed by WFB to underwrite brokered loans from

13    February 22, 2012 to July 25, 2012 in WFB's Southern California loan origination center, located

14    within the Central District of California, and Plaintiff never worked for any Defendant in the

15    Northern District of California;

16    **WHEREAS**, Plaintiff currently resides in the Central District of California and

17    resided within the Central District of California when he was employed by WFB in 2012;

18    **WHEREAS**, Defendants have represented to Plaintiff and provided authority that

19    WFB does not have its principal place of business in the Northern District of California, and in

20    particular, that the lending division of WFB is not headquartered in the Northern District of

21    California;

22    **WHEREAS**, Defendants have represented to Plaintiff that he was not employed

23    by WFC;

24    **WHEREAS**, 28 U.S.C. section 1404(a) grants district courts the discretion to

25    transfer any civil action to any other district or division where it might have been brought "[f]or

26    the convenience of parties and witnesses, in the interest of justice," in order to "prevent the waste

27    'of time, energy, and money' and 'to protect litigants, witnesses and the public against

28    unnecessary inconvenience and expense.'" *Van Dusen v. Barrack*, 376 U.S. 612, 616 (1964)

- 3 -

1   (quoting *Continental Grain Co. v. The Barge FBL-585*, 364 U.S. 19, 26-27 (1960));

2          **WHEREAS**, Defendants agree that Plaintiff could have brought this action in the

3   United States District Court for the Central District of California because Defendants conduct

4   business throughout California, including in the Central District, and because Plaintiff worked for

5   WFB in the Central District, which is where "a substantial part of the events or omissions giving

6   rise to the claim occurred," making venue in the district proper (28 U.S.C. § 1391(b)(2), (c));

7          **WHEREAS**, Defendants agree that they are subject to personal jurisdiction in the

8   United States District Court for the Central District of California;

9          **WHEREAS**, the parties further agree that the pertinent witnesses and records, to

10   the extent they are in California, are in the Central District, and that transfer to the Central District

11   will therefore ease discovery and other litigation-related costs, and is in the interests of justice;

12          **WHEREAS**, the requested transfer will have no effect on any other scheduled

13   dates;

14          **WHEREAS**, the parties' agreement to transfer shall be in no way construed to

15   have any effect on the underlying litigation or merits of the case, and this stipulation shall not be

16   construed to modify, limit or otherwise affect the allegations in Plaintiff's complaint, including,

17   but not limited to, Plaintiff's alleged class definition; and

18          **WHEREAS**, the parties agree that they shall both bear their own costs with

19   respect to this stipulation, and specifically, Plaintiff shall not be subject to any costs or sanctions

20   for initiating this case in the Northern District of California, and it is agreed that he did so in good

21   faith.

22          **NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by and

23   between the undersigned counsel for all parties that, subject to the approval of the Court, this case

24   shall be transferred to the United States District Court for the Central District of California,

25   Western Division, in Los Angeles, California.

26          **IT IS SO STIPULATED.**

27

28

STIPULATION TO TRANSFER CASE TO
CENTRAL DISTRICT OF CALIFORNIA
CASE NO. 12 4509

1   DATED:  February 8, 2013                    Law Offices of Mark Yablonovich

2

3                                               By: /s/ Neda Roshanian

4                                                   Neda Roshanian
                                                    Attorneys for Plaintiff
5                                                   WILLIAM WOLIN

6   DATED:  February 8, 2013                    Munger, Tolles & Olson LLP

7

8                                               By: /s/ Mari Overbeck

9                                                   Mari Overbeck
                                                    Attorneys for Defendants
10

11

12

13

14
                              Filer's Attestation
15
            I, Malcolm A. Heinicke, am the ECF user whose identification and password are
16
    being used to file this STIPULATION AND [PROPOSED] ORDER TO TRANSFER CASE TO
17
    THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF
18
    CALIFORNIA.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Neda
19
    Roshanian concurs in this filing.
20

21

22

23

24

25

26

27

28
                                    - 5 -          STIPULATION TO TRANSFER CASE TO
                                                   CENTRAL DISTRICT OF CALIFORNIA
                                                   CASE NO. 12 4509

1              [PROPOSED] ORDER

2              Having read the considered the Stipulation filed by the parties, and good cause appearing

3       therefore, **IT IS HEREBY ORDERED** that, pursuant to 28 U.S.C. section 1404, for the

4       convenience of the parties and witnesses, and in the interests of justice, this case is

5       **TRANSFERRED** to the United States District Court for the Central District of California,

6       Western Division.

7              **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8

9       DATED: _____February 12_____, 2013

10                                                    The Honorable Maxine M. Chesney
                                                      United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO TRANSFER CASE TO
CENTRAL DISTRICT OF CALIFORNIA
CASE NO. 12 4509